# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-2619

———————————————

ZAKIYAH RUFFIN-YASHAYAHU,

Appellant,

v.

CLEMON HEATH & MARY MOORE,

Appellees.

———————————————

On appeal from the Circuit Court for Leon County.
Nina Ashenafi, Judge.


November 18, 2025

PER CURIAM.

DISMISSED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————


Zakiyah Ruffin-Yashayahu, pro se, Appellant.

No appearance for Appellees.